# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

OLGA GONZALEZ,

              Plaintiff,                            19 **CIVIL** 2317(JLC)

      -against-                                 **JUDGMENT**

ANDREW M. SAUL,
Commissioner, Social Security
Administration,

              Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated September 16, 2020, Gonzalez's motion for judgment on the pleadings is denied and the Commissioner's cross-motion is granted, and judgment is entered for the Commissioner.

**Dated:**  New York, New York
          September 16, 2020

                                                            **RUBY J. KRAJICK**

                                                            _____

                                                              **Clerk of Court**

                                        **BY:**

                                                               **Deputy Clerk**